AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kennelly, Matthew F. | Northern District of Illinois | 04/22/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - active status | ☐ Nomination, Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
219 South Dearborn Street
Room 2188
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Director | Richard Linn American Inn of Court (bar organization) |
| 3. Director & Secretary | Federal Bar Association, Chicago Chapter (bar organization) |
| 4. Director | HFS Chicago Scholars (not for profit scholarship fund) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 04/22/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | City of Evanston, Illinois |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Conference Institute | 5/31/2012 - 6/1/2012 | New York, NY | Speaker at seminar | transportation and lodging |
| 3. | Federal Circuit Bar Association | 6/21/2012 - 6/23/2012 | San Diego, CA | Speaker at seminar | transportation, lodging and meals |
| 4. | American Law Institute / American Bar Association | 7/25/2012 - 7/27/2012 | Santa Fe, CA | Speaker at seminar | transportation, lodging and meals |
| 5. | Indiana Univ. McKinney School of Law | 10/8/2012 - 10/9/2012 | Indianapolis, IN | Speaker at seminar | mileage and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 04/22/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Privilege holder (< dues than member; privilege of using facilities @ standard fees) | $1,800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Am. Funds Growth Fund of Am. mut. fund | B | Dividend | M | T | | | | | |
| 2. Am. Funds Fundamental Investors mut. fund | C | Dividend | M | T | | | | | |
| 3. Am. Funds Investment Co. fo Am. mut. fund | C | Dividend | M | T | | | | | |
| 4. Am. Funds Europacific Growth Fund mut. fund | C | Dividend | M | T | | | | | |
| 5. Am. Funds New Perspective mut. fund | B | Dividend | M | T | | | | | |
| 6. Am. Funds Smallcap World Fund mut. fund | B | Dividend | L | T | | | | | |
| 7. MFS Municipal Bond Fund mut. fund | C | Dividend | L | T | Sold (part) | 10/03/12 | J | A | |
| 8. Am. Funds Tax Exempt Bond Fund of Am. mut. fund | C | Dividend | K | T | Sold (part) | 10/03/12 | K | C | |
| 9. Dreyfus Insured Deposit - money mkt. fund | A | Dividend | L | T | Buy (add'l) | 10/03/12 | K | | |
| 10. Fidelity Cash Reserves - money mkt. fund | A | Dividend | M | T | | | | | |
| 11. Fidelity Growth & Income mut. fund | A | Dividend | K | T | | | | | |
| 12. JP Morgan Chase bank accounts | A | Interest | J | T | | | | | |
| 13. JP Morgan Chase checking account | | None | J | T | | | | | |
| 14. U.S. Savings Bonds | C | Interest | | | Sold | 04/16/12 | J | A | |
| 15. Am. Funds AMCAP Fund mut. fund (IRA) | A | Dividend | L | T | | | | | |
| 16. Am. Funds Growth Fund of Am. mut. fund (IRA) | A | Dividend | K | T | | | | | |
| 17. Am. Funds Investment Co. of Am. mut. fund (IRA) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Funds Wash. Mut. Investors mut. fund (IRA) | B | Dividend | L | T | | | | | |
| 19. Am. Funds Europacific Growth Fund mut. fund (IRA) | A | Dividend | K | T | | | | | |
| 20. Am. Funds Smallcap World Fund mut. fund (IRA) | A | Dividend | K | T | | | | | |
| 21. Am. Funds Bond Fund of Am. mut. fund (IRA) | D | Dividend | N | T | | | | | |
| 22. Am. Century Heritage Fund mut. fund (IRA) | C | Dividend | M | T | | | | | |
| 23. Russell Global Real Estate Secs. mut. fund (IRA) (name chng) | C | Dividend | L | T | | | | | |
| 24. Am. Century Small Cap Growth mut. fund (IRA) | A | Dividend | L | T | | | | | |
| 25. Am. Funds High Income Trust mut. fund (IRA) | C | Dividend | L | T | | | | | |
| 26. Am. Funds Capital World Bond Fund mut. fund (IRA) | C | Dividend | M | T | | | | | |
| 27. Am. Funds New World Fund (IRA) | A | Dividend | L | T | | | | | |
| 28. Vanguard Indexk Funds REIT Fund (IRA) | B | Dividend | L | T | | | | | |
| 29. Credit Suisse Commod. Return Strategy Fund ((IRA) | | None | K | T | | | | | |
| 30. Delaware Emerging Mkts. mut. fund (IRA) | A | Dividend | L | T | | | | | |
| 31. Harbor Commod. Real Return Strategy Fund mut. fund (IRA) | A | Dividend | L | T | | | | | |
| 32. Oppenheimer Developing Mkts. Fund mut. fund (IRA) | A | Dividend | L | T | | | | | |
| 33. Dreyfus Insured Deposit money mkt. fund (IRA) | A | Dividend | J | T | | | | | |
| 34. Northwestern Mutual Extra Ordinary Life ins. policy | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 04/22/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kennelly, Matthew F. | 04/22/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Matthew F. Kennelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544